UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>TOTO USA, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-02906-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 14) |

This matter is before the court on the Substitution of Attorneys (ECF No. 14). Daniel S. Rodman and Alexandria L. Layton of Snell & Wilmer, L.L.P. seek leave to be substituted in the place of Michael J. Nunez and Tyler N. Ure of Murchison & Cummings, LLP for defendant Toto USA, Inc. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 14) is **GRANTED**.
2. Daniel S. Rodman and Alexandria L. Layton are substituted in the place of Michael J. Nunez and Tyler N. Ure for defendant Toto USA, Inc., subject to the provisions of LR IA 11-6(c) and (d).

DATED this 7th day of March, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE