1 Kenneth W.Maxwell, Esq.
Nevada Bar No. 9389
2 Paul T. Landis, Esq.
Nevada Bar No. 10651
3 BAUMAN LOEWE WITT & MAXWELL, PLLC
3650 North Rancho Drive, Suite 114
4 Las Vegas, Nevada 89130
Telephone: (702) 240-6060
5 Facsimile: (702) 240-4267
6 Email: kmaxwell@blwmlawfirm.com
       plandis@blwmlawfirm.com
7 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, as subrogee of Doug Ansell,<br><br>Plaintiff,<br><br>vs.<br><br>TOTO USA, INC. a Georgia corporation; CHRISTOPHER HOMES, LLC, a Nevada company; DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive<br><br>Defendants. | Case No. 2:17-cv-02906-APG-PAL<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT MOTION HEARING SET FOR MAY 8, 2018** |

To the parties, counsel, and the above-entitled court:

Plaintiffs Farmers Insurance Exchange ("Plaintiffs"), hereby moves for the entry of an order permitting Plaintiffs' counsel, Paul Landis, to appear telephonically at the Motion Hearing set for May 8, 2018.

ARGUMENT

A Motion Hearing has been scheduled for May 8, 2018 at 10:30 a.m. The undersigned counsel represents Plaintiff.

Pursuant to Rule 1 of the Federal Rules of Procedure, the federal rules shall "be construed and administered to secure just, speedy, and inexpensive determination of every action and proceeding." Counsel for Plaintiffs seeks to appear telephonically so as to effectuate the most inexpensive resolution of the instant matter.

3044963v1

WHEREFORE, Plaintiffs respectfully request that the Court enter an order allowing their counsel, Paul Landis, to appear telephonically at the Motion Hearing on May 8, 2018 at 10:30 a.m.

DATED this 30th day of April, 2018.

BAUMAN LOEWE WITT & MAXWELL

By: /s/ Paul T. Landis
Kenneth W. Maxwell (NSBN 9389)
Paul T. Landis (NSBN 10651)
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
*Attorneys for Plaintiff*

**IT IS ORDERED** that the Motion to Appear Telephonically (ECF No. 30) is **DENIED as moot**. In the future, for scheduling matters, counsel may contact the courtroom deputy directly for telephonic appearances.

Dated: May 8, 2018

Peggy A. Leen
United States Magistrate Judge

3044963v1