1   Daniel S. Rodman, Esq.
    Nevada Bar No. 8239
2   Dawn L. Davis, Esq.
    Nevada Bar No. 13329
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4   Las Vegas, NV 89169
    Telephone: (702) 784-5200
5   Facsimile:  (702) 784-5252
    drodman@swlaw.com
6   ddavis@swlaw.com

7   *Attorneys for Defendant*
    *Toto USA, Inc.*
8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11  FARMERS INSURANCE EXCHANGE, as        CASE NO. 2:17-cv-02906-APG-PAL
    subrogee of Doug Ansell,
12
                    Plaintiff,
13                                        **MOTION TO REMOVE ATTORNEY**
    vs.                                   **FROM ELECTRONIC SERVICE LIST**
14
    TOTO USA, INC., a Georgia corporation;
15  CHRISTOPHER HOMES, LLC, a Nevada
    company; DOES I – X, inclusive, and ROE
16  CORPORATIONS I – X, inclusive,

17                  Defendants.

18

19          Defendant Toto USA, Inc., by and through its attorneys of record, the Law Office of Snell

20  & Wilmer L.L.P., hereby requests the removal of Alexandria L. Layton, Esq. from the CM/ECF

21  Service List as Ms. Layton is no longer employed at this firm.

22          DATED this 25th day of March, 2019.

23                                        SNELL & WILMER L.L.P.

24
                                          By:
25                                            Daniel S. Rodman, Nevada Bar No. 8239
                                              Dawn L. Davis, Nevada Bar No. 13329
26                                            3883 Howard Hughes Parkway, Suite 1100
                                              Las Vegas, NV 89169
27
                                          *Attorneys for Defendant*
28                                        *Toto USA, Inc.*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**O R D E R**

IT IS SO ORDERED.

DATED: _____March 26_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200