Daniel S. Rodman, Nevada Bar No. 8239
Dawn L. Davis, Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
drodman@swlaw.com
ddavis@swlaw.com

*Attorneys for Defendant*
*Toto USA, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, as subrogee of Doug Ansell,<br><br>Plaintiff,<br><br>vs.<br><br>TOTO USA, INC., a Georgia corporation; CHRISTOPHER HOMES, LLC, a Nevada company; DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02906-APG-BNW<br><br>**JOINT STATUS REPORT ON SETTLEMENT** |

In lieu of a Joint Pretrial Order, Plaintiff FARMERS INSURANCE EXCHANGE ("Plaintiff"), and Defendant TOTO USA, INC. ("Toto") (collectively referred to as "Settling Parties"), report on the status of settlement in this case as follows:

1. Settling Parties have agreed on a settlement in this case.

2. Full execution of the Settlement Agreement is nearly complete as it is fully drafted, and the Settling Parties have agreed on most essential terms.

3. Once Settling Parties have agreed on and executed a Settlement Agreement, a short period time will be required to process payment.

/ / /

/ / /

/ / /

4. Settling Parties request an additional 45-60 days to finalize settlement documents and process with Stipulation and Order to Dismiss with this Court.

| | |
|---|---|
| Dated this 22nd day of October, 2019.<br><br>SNELL & WILMER L.L.P.<br><br><br>By: /s/ *Dawn L. Davis*<br>Daniel S. Rodman, Nevada Bar No. 8239<br>Dawn L. Davis, Nevada Bar No. 13329<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant*<br>*Toto USA, Inc*. | Dated this 22nd day of October, 2019.<br><br>BAUMAN LOEWE WITT & MAXWELL<br><br><br>By: /s/ *Paul T. Landis*<br>Kenneth W. Maxwell, Nevada Bar No. 9389<br>Paul T. Landis, Nevada Bar No. 10651<br>3650 North Rancho Drive, Suite 114<br>Las Vegas, NV 89130<br><br>*Attorneys for Plaintiff* |

A stipulation to dismiss or a joint status report must be filed by 12/23/2019.

**IT IS SO ORDERED**

**DATED: October 23, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and accurate copy of the foregoing **JOINT STATUS REPORT ON SETTLEMENT** by the method indicated addressed as follows:

☐ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below:

Kenneth W. Maxwell, Nevada Bar No. 9389
Paul T. Landis, Nevada Bar No. 10651
BAUMAN LOEWE WITT & MAXWELL
3650 North Rancho Drive, Suite 114
Las Vegas, NV 89130
(702) 240-6060
(702) 240-4267 fax
kmaxwell@blwmlawfirm.com
plandis@blwmlawfirm.com
*Attorneys for Plaintiff*

DATED this 22nd day of October, 2019.

*/s/ Lyndsey Luxford*
An Employee of Snell & Wilmer L.L.P.